IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTOLIN MARENCO, | ) | No. C 10-03731 JW (PR) |
| Plaintiff, | ) | ORDER OF DISMISSAL |
| vs. | ) | |
| TILTON, et al., | ) | |
| Defendants. | ) | |

On August 23, 2010, plaintiff filed the instant civil rights complaint in pro se. The same day, the clerk of the Court sent plaintiff a notice that he must either pay the full filing fee or file an In Forma Pauperis Application within thirty days of the notice or face dismissal of the action. (Docket No. 3.) A stamped copy of the notice mailed to plaintiff was returned as undeliverable on August 30, 2010. (See Docket No. 4.) As of the date of this order, plaintiff has not filed a notice of change of address or submitted any further pleadings in this case.

Pursuant to Northern District Local Rule 3-11 a party proceeding pro se must promptly file a notice of change of address while an action is pending. See L.R. 3-11(a). The Court may, without prejudice, dismiss a complaint when: (1) mail directed to the pro se party by the Court has been returned to the Court as not deliverable, and (2) the Court

1  fails to receive within sixty days of this return a written communication from the pro se
2  party indicating a current address.  See L.R. 3-11(b).
3       More than sixty days have passed since the mail addressed to plaintiff was
4  returned as undeliverable.  The Court has not received a notice from plaintiff of a new
5  address.  Accordingly, the instant civil rights action is DISMISSED without prejudice
6  pursuant to Rule 3-11 of the Northern District Local Rules.
7       The clerk shall terminate any pending motions.

DATED:   January 24, 2011

*James Ware*
JAMES WARE
United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.JW\CR.10\Marenco03731_dism3-11.wpd          2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ANTOLIN ADAN MARENCO,

        Plaintiff,

  v.

TILTON, et al.,

        Defendants.

Case Number: CV10-03731 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on ___1/31/2011___, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Antolin Marenco #2428742
San Francisco County Jail
850 Bryant Street
San Francisco, CA 94103

Dated: ___1/31/2011___

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk